IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**PEDRO NUNEZ and ADRIAN PENA,**     **PLAINTIFFS**
Each Individually and on Behalf
of All Others Similarly Situated

vs.     No. 1:22-cv-1897

**NEXUS SERVICES, INC.**     **DEFENDANT**

## MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiffs Pedro Nunez and Adrian Pena, by and through their attorneys Colby Qualls and Josh Sanford of Sanford Law Firm, PLLC, for their Motion for Clerk's Entry of Default Regarding Defendant Nexus Services, Inc. ("Motion"), do hereby state and allege as follows:

1. Plaintiffs filed this lawsuit on April 13, 2022. *See* ECF No. 1.

2. Plaintiffs served Defendant Nexus Services, Inc., a summons and copy of the Complaint on April 18. *See* ECF No. 4.

3. Defendant's deadline for filing and serving an Answer or Motion to Dismiss was May 9.

4. Despite having been properly served with a Summons and Plaintiffs' Complaint, Defendant has not filed or served an answer or motion to dismiss, nor has it filed a response of any kind to the Complaint.

5. No extension for filing or serving a proper Answer or Motion to Dismiss has been requested or granted.

Page 1 of 2
Pedro Nunez, et al. v. Nexus Services, Inc.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-1897
Motion for Clerk's Entry of Default

6. Defendant is not in active military service. 50 U.S.C. § 3931 is no bar to entry of a default judgment against Defendant. (Defendant is not a natural person.)

7. Defendant is in default, and the Clerk should enter its default as mandated by Rule 55(a).

Premises considered, Plaintiff Pedro Nunez and Adrian Pena respectfully requests that the Clerk enter the default of Defendant Nexus Services, Inc., for attorney's fees and costs incurred herein; and for all other good and proper relief to which they may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**PEDRO NUNEZ and ADRIAN PENA, Each Individually and on Behalf of All Others Similarly Situated, PLANTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Pedro Nunez, et al. v. Nexus Services, Inc.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-1897
Motion for Clerk's Entry of Default