IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**PEDRO NUNEZ and ADRIAN PENA,**     **PLAINTIFFS**
Each Individually and on Behalf
of All Others Similarly Situated

vs.     No. 1:22-cv-1897-GSF

**NEXUS SERVICES, INC.**     **DEFENDANT**

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs Pedro Nunez and Adrian Pena ("Plaintiffs"), by and through their attorney Josh Sanford of Sanford Law Firm, PLLC, for their Motion for Default Judgment ("Motion"), hereby state and allege as follows:

1. Plaintiff Pedro Nunez seeks a default judgment against Defendant Nexus Services, Inc. ("Defendant"), in the amount of $9,290.32, plus an equal amount as liquidated damages, $15,840.00 in statutory premiums, and $9,230.32 in statutory treble damages, for a total of $43,710.97 plus attorney's fees and costs. *See* Declaration of Pedro Nunez, attached hereto as Exhibit 1.

2. Plaintiff Adrian Pena seeks a default judgment against Defendant in the amount of $4,480.00 plus an equal amount as liquidated damages, $7,944.00 in statutory premiums, and $4,480.00 in statutory treble damages, for a total of $21,384.00 plus attorney's fees and costs. *See* Declaration of Adrian Pena, attached hereto as Exhibit 2.

3. Plaintiffs seek a default judgment against Defendant in the amount of $5,039.68 for attorneys' fees and costs. *See* Declaration of Josh Sanford, attached hereto as Exhibit 4.

4. Plaintiffs filed their Original Complaint—Collective Action on April 13, 2022 (ECF No. 1) against Defendant Nexus Services, Inc.

5. Plaintiffs served Defendant with the Complaint and Summons on April 18, 2022 and filed the Proof of Service on April 19, 2022. ECF No. 4.

6. Defendant's deadline for filing and serving an Answer or Motion to Dismiss was May 9, 2022, and no other time limit was fixed by this Court.

7. Defendant has not filed or served an Answer or Motion to Dismiss in accordance with Fed. R. Civ. P. 12(a)(1).

8. No extension for filing or serving a proper Answer or Motion to Dismiss has been requested or granted. ECF No. 7, Sanford Decl. Ex. 1, at ¶¶ 4–5.

9. Defendant is not in military service, so 50 U.S.C. § 3931 is no bar to entry of a default judgment against Defendant. ECF No. 7, at ¶ 6.

10. On July 7, 2022, this Court entered Default against Defendant. ECF No. 9.

11. Plaintiffs are entitled to Judgment by default against Defendant based on the claims set forth in their Complaint, which alleged:

    a. Defendant is a Virginia for-profit corporation that assists individuals detained by immigration detention facilities with bond payments and bond hearings. ECF No. 1, at ¶¶ 12, 16.

    b. Defendant is a business subject to the FLSA because its annual gross volume of sales made or business done is at least $500,000.00, and it has

at least two employees who handle, sell, or otherwise work on goods or materials that have been moved in or produced for commerce. *Id.* at ¶¶ 17–18.

  c. Defendant employed Nunez from 2017 until September of 2021. *Id.* at ¶ 20.

  d. Defendant employed Pena from 2014 until October 2019. *Id.* at ¶ 21.

  e. Defendant determined the hours worked by Plaintiffs, the manner in which they performed their job duties, and Plaintiffs' schedules. *Id.* at ¶ 28.

  f. Plaintiffs' primary duties were to track down individuals who had stopped making payments to Defendant or had stopped reporting to Defendant as required under the terms of their bond. ECF No. 1, at ¶ 29.

  g. Defendant classified Plaintiffs as exempt from the overtime requirements of the FLSA and paid them a salary. *Id.* at ¶ 23.

  h. Plaintiffs regularly worked more than 40 hours per week because Defendant regularly assigned Plaintiffs excessive amounts of work that they could not complete in under 40 hours in a week. *Id.* at ¶¶ 37–38.

  i. Defendant willfully violated the provisions of 29 U.S.C. §§ 206 and 207, by failing to pay employees engaged in commerce, one and one-half (1.5) times regular wages for all hours worked over forty (40) in a week. *Id.* at ¶¶ 16,19, 29, 37, 40–48, 71–76.

  j. Defendant willfully violated the provisions of IMWL, 820 ILCS 105/1, *et seq.*, by failing to pay Plaintiffs, an employee engaged in commerce, 1.5x regular wages for all hours worked over 40 in a week. *Id.* at ¶¶ 16, 19–22, 29, 37 40–42, 46–48, 84–86.

12. With this Motion, Plaintiffs submit the following exhibits: Declaration of Pedro Nunez (Exhibit 1), Declaration of Adrian Pena (Exhibit 2), Damages Calculations (Exhibit 3), and Declaration of Josh Sanford (Exhibit 4). Plaintiffs also file herewith and incorporate herein a Brief in Support of Motion for Default Judgment.

WHEREFORE, premises considered, Plaintiffs Pedro Nunez and Adrian Pena respectfully request that this Court grant this Motion in full; find that Defendant violated the provisions of the Fair Labor Standards Act and the Illinois Minimum Wage Law as alleged in Plaintiffs' Complaint; enter a default judgment against Defendant in the amount of $43,710.97 to Plaintiff Pedro Nunez; enter a default judgment against Defendant in the amount of $21,284.00 to Plaintiff Adrian Pena; award Plaintiffs' counsel $5,039.68 for attorney's fees and costs; and for all other good and proper relief to which Plaintiffs may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**PLAINTIFFS PEDRO NUNEZ and ADRIAN PENA**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

     I, Josh Sanford, hereby certify that, on this 11th day of August 2022, a true and correct copy of the foregoing Motion for Default Judgment and its related exhibits, were served via a postage-paid envelope addressed to the Defendant's registered agent, at the address stated below, which is the last known address of the Defendant, and said envelope was deposited with UPS/FEDEX on this same date.

NEXUS SERVICES, INC.
c/o Incorp Services, Inc.
7288 Hanover Green Drive
Mechanicsville, Virginia 23111

                                                              */s/ Josh Sanford*
                                                              **JOSH SANFORD**